**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MARGARET WEIDOW GENTRY, et al.,

    Plaintiffs,

v.                                                                 CV No. 18-1207 KRS/CG

GLENN GARNAND,

    Defendant.

## ORDER VACATING INITIAL SCHEDULING ORDER AND RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on the parties' *Joint Motion to Vacate Initial Scheduling Order*, (Doc. 7), filed March 29, 2019. The parties state that on March 14, 2019, Defendant filed a Third-Party Complaint adding two Third-Party Defendants, (Doc. 6). The parties ask the Court to vacate the Initial Scheduling Order, (Doc. 5), and enter an amended scheduling order after the Third-Party Defendants have answered the Third-Party Complaint. The Court, having read the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Vacate Initial Scheduling Order*, (Doc. 7), is **GRANTED** and the Court's *Initial Scheduling Order*, (Doc. 5), and the Telephonic Rule 16 Scheduling Conference set for April 9, 2019, at 2:00 p.m. are **VACATED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE