**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MARGARET WEIDOW GENTRY, et al.,

    Plaintiffs,

v.                                                         CV No. 18-1207 KG/CG

GLENN GARNAND,

    Defendant,

GLENN GARNAND,

    Third-Party Plaintiff,

v.

LARRY BLANK and BEVERLY BLANK,

    Third-Party Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

**THIS MATTER** came before the Court on a Rule 16 initial scheduling conference and following a review of the parties' *Joint Status Report and Provisional Discovery Plan*, (Doc. 9), filed August 28, 2019. The Court adopts the *Joint Status Report and Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc. 19).

                                                                  _____
                                                                  THE HONORABLE CARMEN E. GARZA
                                                                  CHIEF UNITED STATES MAGISTRATE JUDGE