## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MARGARET WEIDOW GENTRY, et al.,

    Plaintiffs,

v.                                                    CV No. 18-1207 KG/CG

GLENN GARNAND,

    Defendant,


GLENN GARNAND,

    Third-Party Plaintiff,

v.

LARRY BLANK and BEVERLY BLANK,

    Third-Party Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court having conferred with counsel about a mutually-convenient date, time, and location. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Wednesday, November 13, 2019, at 3:00 p.m.**

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

                                          _____
                                          THE HONORABLE CARMEN E. GARZA
                                          CHIEF UNITED STATES MAGISTRATE JUDGE