# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARGARET WEIDOW GENTRY, et al.,

    Plaintiffs,

v.                                                                              CV No. 18-1207 KG/CG

GLENN GARNAND,

    Defendant,

GLENN GARNAND,

    Third-Party Plaintiff,

v.

LARRY BLANK and BEVERLY BLANK,

    Third-Party Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on *Plaintiff's Motion to Amend Scheduling Order*, (Doc. 36), filed December 2, 2019. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **December 18, 2019, at 3:00 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

                                                           _____
                                                           THE HONORABLE CARMEN E. GARZA
                                                           CHIEF UNITED STATES MAGISTRATE JUDGE