IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARGARET WEIDOW GENTRY,
BOBBIE GENTRY, LESLIE WEIDOW,
EDWARD WEIDOW, ASHLEY WEIDOW,
DAVIS WEIDOW AND TAYLOR WEIDOW,

    Plaintiffs,

v.                                               Case No.: 2:18-cv-01207-KG-CG

GLEN GARNAND,

    Defendant.

GLEN GARNAND,

    Third-Party Plaintiff

v.

LARRY BLANK AND BEVERLY
BLANK,

    Third-Party Defendant.

## ORDER GRANTING PLAINTIFFS' MOTION TO ALLOW SECOND AMENDED COMPLAINT

THIS MATTER, having come before the Court on the Plaintiffs' Motion to Allow Second Amended Complaint, the Court having noted the Motion is unopposed, and being otherwise fully advised finds:

    1.     The Motion to Amend (Doc. 26) was timely filed on October 2, 2019, consistent with the Court's deadlines as set forth in the Scheduling Order filed September 4, 2019 (Doc. 19).

2. The Motion was initially opposed by Third Party Defendants Larry and Beverly Blank (Doc. 28). Plaintiffs modified their proposed Second Amended Complaint and Third-Party Defendants Blank withdrew their opposition.

3. The proposed amendments to the Complaint allege facts unknown to the Plaintiffs at the time of initial filing but have been revealed through initial discovery and exchange of disclosures.

4. The Rules of Civil Procedure favor allowing timely filed amendments that focus the issues. Fed. R. Civ. P. 15(a) provides that a court shall freely grant leave to amend when justice so requires.

5. The amendment adds parties who are or may be necessary for full and complete adjudication of all issues related to the lawsuit.

6. Defendant Garnand does not oppose the relief sought.

7. Third-Party Defendants do not oppose the relief sought.

WHEREFORE, Plaintiffs pray the Court grant leave to file their *Substituted* Second Amended Complaint (copy attached as Exhibit "A").

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**MARTINEZ, HART, THOMPSON & SANCHEZ, P.C.**

*/s/ F. Michael Hart*
Kelly Stout Sanchez
F. Michael Hart
1801 Rio Grande Blvd. NW
Albuquerque, NM 87104
(505) 343-1776
(505) 344-7709 facsimile
kellys@osolawfirm.com
mikeh@osolawfirm.com
*Attorneys for Plaintiff*


Approved by:


*Approved 12/11/2019*
Lauren E. A. Truitt
LAUREN E. A. TRUITT, P.C.
PO Box 402
Ruidoso, NM 88345
(575) 378-3788
(575) 214-3107 (facsimile)
team@truittlegalgroup.com
*Attorney for Defendant Glenn Garnand*


*Approved 12/12/19*
Jason R. Alcaraz
Michael B. Calderon
Doughty Alcaraz, P.A.
20 First Plaza Ctr. NW, Suite 412
Albuquerque, NM 87102
(505) 242-7070
Jason@doughtyalcaraz.com
Michael@doughtyalcaraz.com
*Attorneys for Third-Party Defendants Blank*