# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARGARET WEIDOW GENTRY, et al.,

    Plaintiffs,

v.                                    CV No. 18-1207 KG/CG

GLENN GARNAND,

    Defendant,

GLENN GARNAND,

    Third-Party Plaintiff,

v.

LARRY BLANK and BEVERLY BLANK,

    Third-Party Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court after conferring with counsel about a mutually convenient date and time. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **January 15, 2020, at 9:00 a.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS FURTHER ORDERED** that counsel shall file a Joint Status Report no later than **January 8, 2020**.

    **IT IS SO ORDERED**.

                                              _____
                                              THE HONORABLE CARMEN E. GARZA
                                              CHIEF UNITED STATES MAGISTRATE JUDGE