# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARGARET WEIDOW GENTRY, et al.,
    Plaintiffs,
v.
GLENN GARNAND, LARRY BLANK, et al.,
    Defendants,
_____

CV No. 18-1207 KG/CG

GLENN GARNAND,
    Third-Party Plaintiff,
v.
LARRY BLANK and BEVERLY BLANK,
    Third-Party Defendants,
_____

STATE FARM AND CASUALTY CO.,
    Plaintiff-Intervenor
v.
LARRY BLANK, GLEN GARNAND,
MARGARET WEIDOW GENTRY, et al.,
    Intervenor-Defendants
_____

LARRY BLANK and BEVERLY BLANK,
    Counterclaimants on Complaint in Intervention
v.
STATE FARM FIRE AND CASUALTY COMPANY
    Defendant on Counterclaim

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINES

**THIS MATTER** is before the Court on State Farm Fire and Casualty Company and Larry and Beverly Blanks' *Unopposed Motion for Extension of Deadlines* (the "Motion"), (Doc. 82), filed March 23, 2020. In the Motion, State Farm requests an extension of time to depose the Blanks. (Doc. 82 at 2). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that State Farm shall have until **June 1, 2020**, to

depose the Blanks and conduct discovery on matters learned during their deposition.

**IT IS FURTHER ORDERED** that motions related to the Blanks' deposition and any follow-up discovery shall be filed no later than **June 30, 2020**. No other deadlines are altered as a result of this Order.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE