IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARGARET WEIDOW GENTRY,
BOBBIE GENTRY, LESLIE WEIDOW,
EDWARD WEIDOW, ASHLEY WEIDOW,
and TAYLOR WEIDOW,
        Plaintiffs,

v.                                                    CIV 18-1207 KG/CG

GLEN GARNAND, CHRISTINA GARNAND,
LARRY G. BLANK and BEVERLY BLANK
        Defendants.
-------------------------------------------------------
GLEN GARNAND,
        Third-Party Plaintiff

v.

LARRY G. BLANK and BEVERLY BLANK,
        Third-Party Defendant.
-------------------------------------------------------
STATE FARM FIRE AND CASUALTY COMPANY,
        Plaintiff-Intervenor,

v.

LARRY G. BLANK, BEVERLY BLANK,
GLEN GARNAND, CHRISTINA GARNAND,
MARGARET WEIDOW GENTRY, BOBBIE GENTRY,
LESLIE WEIDOW, EDWARD WEIDOW,
ASHLEY WEIDOW AND TAYLOR WEIDOW,
        Intervenor-Defendants.
-------------------------------------------------------
LARRY G. BLANK and BEVERLY BLANK,
        Counterclaimants on Complaint in Intervention,

v.

STATE FARM FIRE AND CASUALTY COMPANY
        Defendant on Counterclaim.

ORDER OF REFERENCE

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this matter is referred to Magistrate Judge Carmen E. Garza to conduct hearings, if warranted, including evidentiary

hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of *Plaintiffs' Amended Motion For Enlargement Of Time For Plaintiffs To File Amendments to Pleadings and Join Additional Parties.* (Doc. 72). The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties will be given the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1). Objections must be filed within fourteen (14) days after being served with a copy of the proposed disposition.

_____
UNITED STATES DISTRICT JUDGE