IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARGARET WEIDOW GENTRY, et al.,
    Plaintiffs,
v.                                                                      CV No. 18-1207 KG/CG
GLENN GARNAND, LARRY BLANK, et al.,
    Defendants,
_____

GLENN GARNAND,
    Third-Party Plaintiff,
v.
LARRY BLANK and BEVERLY BLANK,
    Third-Party Defendants,
_____
_____

STATE FARM AND CASUALTY CO.,
    Plaintiff-Intervenor
v.
LARRY BLANK, GLEN GARNAND,
MARGARET WEIDOW GENTRY, et al.,
    Intervenor-Defendants
_____

LARRY BLANK and BEVERLY BLANK,
    Counterclaimants on Complaint in Intervention,
v.
STATE FARM FIRE AND CASUALTY COMPANY
    Defendant on Counterclaim.

ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

       THIS MATTER is before the Court on the Chief Magistrate Judge's *Proposed Findings and Recommended Disposition* (the "PFRD"), (Doc. 80), filed March 18, 2020. In the PFRD, the Chief Magistrate Judge recommended that Plaintiffs' *Motion for Enlargement of Time for Plaintiffs to File Amendments to Pleadings and Join Additional Parties*, (Doc. 64), be denied as moot. (Doc. 80 at 2). The parties were notified that written objections to the PFRD were due within fourteen days. *Id*. No objections have been filed and the deadline of April 1, 2020, has passed. The

recommendation of the Chief Magistrate Judge is therefore adopted by this Court.

IT IS THEREFORE ORDERED that Plaintiffs' *Motion for Enlargement of Time for Plaintiffs to File Amendments to Pleadings and Join Additional Parties*, (Doc. 64), is DENIED AS MOOT.

_____
UNITED STATES DISTRICT JUDGE