IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARGARET WEIDOW GENTRY, et al.,
    Plaintiffs,
v.                                                                                  CV No. 18-1207 KG/CG
GLENN GARNAND, LARRY BLANK, et al.,
    Defendants,
_____

GLENN GARNAND,
    Third-Party Plaintiff,
v.
LARRY BLANK and BEVERLY BLANK,
    Third-Party Defendants,
_____

STATE FARM AND CASUALTY CO.,
    Plaintiff-Intervenor
v.
LARRY BLANK, GLEN GARNAND,
MARGARET WEIDOW GENTRY, et al.,
    Intervenor-Defendants
_____

LARRY BLANK and BEVERLY BLANK,
    Counterclaimants on Complaint in Intervention,
v.
STATE FARM FIRE AND CASUALTY COMPANY
    Defendant on Counterclaim.

ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Chief Magistrate Judge's *Proposed Findings and Recommended Disposition* (the "PFRD"), (Doc. 87), filed March 27, 2020. In the PFRD, the Chief Magistrate Judge recommended that Plaintiffs' *Amended Motion for Enlargement of Time for Plaintiffs to File Amendments to Pleadings and Join Additional Parties*, (Doc. 72), be granted; and Plaintiffs' *Motion to Strike Defendants Blank's Third, Fourth, Seventh, Eighth, Eleventh, Twelfth, and Thirteenth Affirmative Defenses for Failure to Comply with Mandatory Disclosures under Rule 26*, (Doc. 63), be denied. (Doc. 87 at 2). The parties were notified that written objections to the

PFRD were due within fourteen days. *Id*. at 7. No objections have been filed and the deadline of April 10, 2020, has passed. The recommendation of the Chief Magistrate Judge is therefore adopted by this Court.

      IT IS THEREFORE ORDERED that Plaintiffs' *Amended Motion for Enlargement of Time for Plaintiffs to File Amendments to Pleadings and Join Additional Parties*, (Doc. 72), is GRANTED and Plaintiffs' *Motion to Strike Defendants Blank's Third, Fourth, Seventh, Eighth, Eleventh, Twelfth, and Thirteenth Affirmative Defenses for Failure to Comply with Mandatory Disclosures under Rule 26*, (Doc. 63), is DENIED.

                                                                                                        _____
                                                                                                          UNITED STATES DISTRICT JUDGE