IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARGARET WEIDOW GENTRY, et al.,
    Plaintiffs,
v.
GLENN GARNAND, LARRY BLANK, et al.,
    Defendants,
_____

CV No. 18-1207 KG/CG

GLENN GARNAND,
    Third-Party Plaintiff,
v.
LARRY BLANK and BEVERLY BLANK,
    Third-Party Defendants,
_____

STATE FARM AND CASUALTY CO.,
    Plaintiff-Intervenor
v.
LARRY BLANK, GLEN GARNAND,
MARGARET WEIDOW GENTRY, et al.,
    Intervenor-Defendants
_____

LARRY BLANK and BEVERLY BLANK,
    Counterclaimants on Complaint in Intervention,
v.
STATE FARM FIRE AND CASUALTY COMPANY
    Defendant on Counterclaim.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court on notice that this case has settled. *See* (Doc. 95). **IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **May 26, 2020**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE